United States District Court
Southern District of Texas
**ENTERED**
April 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-4117 |
| | § | (CRIMINAL NO. H-19-300-2) |
| ROBINO SIXTO ORTIZ-ODUMS, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-21-4117 is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of April, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE